UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA B. SPOSATO,

                Plaintiff,

    -against-

WILMINGTON SAVINGS FUND SOCIETY,
FSB, et al.,

              Defendants.

**ORDER**

26-CV-01118 (PMH)

PHILIP M. HALPERN, United States District Judge:

Linda B. Sposato ("Plaintiff"), proceeding *pro se*, commenced this action on February 9, 2026 (Doc. 1). Plaintiff paid the filing fee in this action on February 10, 2026. (*See id.*). Defendants, on June 9, 2026, filed a letter requesting a pre-motion conference. (Doc. 9).

Plaintiff, on June 10, 2026, filed a Request to Proceed In Forma Pauperis ("IFP Application"). (Doc. 27). The primary purpose of IFP status is to permit a plaintiff to proceed without prepayment of the filing fee. *See* 28 U.S.C. §§ 1914, 1915. Because the filing fee was paid already at the outset of this action, Plaintiff's IFP Application is moot. *Button v. New York Times Co.*, No. 24-CV-05888, 2024 WL 4751363, at *1 (S.D.N.Y. Oct. 4, 2024).

Accordingly, Plaintiff's IFP Application is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED:**

Dated:    White Plains, New York
          June 12, 2026

_____
PHILIP M. HALPERN
United States District Judge