UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA B. SPOSATO,

Plaintiff,

-against-

WILMINGTON SAVINGS FUND SOCIETY, FSB, et al.,

Defendants.

**ORDER**

26-CV-01118 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 1 and 2, 2026, Plaintiff requested leave to file a sur-reply to Defendants' motion to dismiss. (Docs. 38, 39). The Court, on September 4, 2026, denied Plaintiff's request. (Doc. 41). Despite the Court's Order, Plaintiff's "Limited Sur-Reply to Defendants Reply," dated September 4, 2026, was entered on the docket on September 10, 2026. (Doc. 42).

Accordingly, the Court respectfully directs the Clerk of Court to strike the material docketed on September 10, 2026 (Doc. 42) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
September 14, 2026

Philip M. Halpern
United States District Judge